IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01529-BNB

MELVIN LYNNE BOMPREZZI,

    Plaintiff,

v.

SERGEANT RIZZO,
SERGEANT KAUFFMAN, and
COLORADO DEPT. OF CORRECTIONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 12 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Melvin Lynne Bomprezzi is in the custody of the Colorado Department of Corrections and currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Bomprezzi initiated this action by filing a *pro se* pleading titled, "Complaint Sect. 1983." In an order entered on June 30, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Bomprezzi to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Bomprezzi to file his claims on a Court-approved Prisoner Complaint form and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his trust fund account statement for the six months immediately preceding the filing of the instant action. Mr. Bomprezzi was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Bomprezzi now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all deficiencies.

DATED at Denver, Colorado, this 11 day of _____Aug._____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01529-BNB

Mel Lynne Bomprezzi
Reg No. 115926
San Carlos Corr. Facility
1410 W. 13th Street - Unit 3 Left
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/12/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk